1  United States Attorney
   JOSH F. SIGAL
2  Assistant United States Attorney
   501 I Street, Suite 10-100
3  Sacramento, CA 95814
   Telephone: (916) 554-2700
4  Facsimile: (916) 554-2900

**FILED**

MAR 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>Two work cubicles concurrently utilized by Eric WORRELL within the office space at 650 Capitol Mall, Suite 4-100, Sacramento, California. | CASE NO. 2:15-SW-0089 KJN<br><br>Doc<br>[~~PROPOSED~~] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 3/20/15

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE